

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2013

No. 04-12-00764-CR and 04-12-00765-CR

Leocadio **RAMIREZ** Jr,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B11-635 and B11-636
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

Appellant's Motion to Reset Oral Argument is GRANTED. The above causes have been reset for formal submission and oral argument before this Court, on Wednesday, January 22, 2013, at 1:30 P.M., before a panel consisting of Chief Justice Stone, Justice Angelini, and Justice Chapa.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal for the Appellant. If you do not wish to present oral argument, you must notify this Court in writing within seven (7) days of receiving this order.

It is so ORDERED on December 26, 2013.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle, Clerk

